IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01059-BNB

MARK STEVEN MEAD,
    Applicant,

v.

WARDEN MILYARD, and
JOHN SUTHERS, Attorney General of the State of Colorado,
    Respondents.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 17 2006

GREGORY C. LANGHAM
CLERK

---

ORDER TO TRANSFER APPLICATION TO COURT OF APPEALS

---

Applicant Mark Steven Mead is a prisoner in the custody of the Colorado Department of Corrections at the Sterling Correctional Facility at Sterling, Colorado. Mr. Mead has filed *pro se* an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Mr. Mead is challenging the validity of his conviction in Jefferson County District Court case number 00-CR-397. For the reasons stated below, the application will be transferred to the United States Court of Appeals for the Tenth Circuit.

Mr. Mead previously has sought habeas corpus relief in this Court pursuant to 28 U.S.C. § 2254. *See Mead v. State of Colorado*, No. 04-cv-00146-ZLW (D. Colo. Apr. 23, 2004), *appeal dismissed*, No. 04-1207 (10th Cir. Oct. 1, 2004). In 04-cv-00146-ZLW, Mr. Mead challenged the validity of the same state court conviction he is challenging in the instant action. The habeas corpus application in 04-cv-00146-ZLW was denied as barred by the one-year limitation period in 28 U.S.C. § 2244(d). Therefore, the instant application is a second or successive application.

Pursuant to 28 U.S.C. § 2244(b)(3), Mr. Mead must apply to the United States Court of Appeals for the Tenth Circuit for an order authorizing this Court to consider his second or successive application. Mr. Mead does not allege that he has obtained the necessary authorization from the Tenth Circuit. Therefore, the Court must transfer this action to the Tenth Circuit pursuant to 28 U.S.C. § 1631. *See Coleman v. United States*, 106 F.3d 339, 341 (10th Cir. 1997) (per curiam). Accordingly, it is

ORDERED that the clerk of this Court transfer the instant action to the United States Court of Appeals for the Tenth Circuit pursuant to 28 U.S.C. § 1631.

DATED at Denver, Colorado, this 13 day of July, 2006.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 06-cv-01059-BNB

Mark S. Mead
Prisoner No. 111019
Sterling Correctional Facility
PO Box 6000
Sterling, CO 80751

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 7/17/06

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk